**No. 10-6954. Monclair Henderson-El, Petitioner v. United States.**

562 U.S. 1054, 131 S. Ct. 614, 178 L. Ed. 2d 454, 2010 U.S. LEXIS 8915.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-6986. Richard V. Harrison, Petitioner v. International Business Machines (IBM) Corp.**

562 U.S. 1054, 131 S. Ct. 616, 178 L. Ed. 2d 454, 2010 U.S. LEXIS 8863.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Breyer took no part in the consideration or decision of this petition.

Same case below, 378 Fed. Appx. 950.

**No. 10-7043. Damian Brown, Petitioner v. United States.**

562 U.S. 1055, 131 S. Ct. 619, 178 L. Ed. 2d 454, 2010 U.S. LEXIS 8985.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 374 Fed. Appx. 208.

**No. 10-7049. Antoine Jerome Pettiford, Petitioner v. United States.**

562 U.S. 1055, 131 S. Ct. 620, 178 L. Ed. 2d 454, 2010 U.S. LEXIS 8875.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 612 F.3d 270.

**No. 10-7058. Emmanuel Uko Akpan, Petitioner v. United States.**

562 U.S. 1055, 131 S. Ct. 620, 178 L. Ed. 2d 454, 2010 U.S. LEXIS 8957.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 383 Fed. Appx. 457.

**No. 10-7109. In re Vergino L. Smith, Petitioner.**

562 U.S. 1043, 131 S. Ct. 623, 178 L. Ed. 2d 454, 2010 U.S. LEXIS 8872.

November 15, 2010. Petition for writ of habeas corpus denied.

**No. 10-7144. In re Edward Guoan, Petitioner.**

562 U.S. 1043, 131 S. Ct. 623, 178 L. Ed. 2d 454, 2010 U.S. LEXIS 8925.

November 15, 2010. Petition for writ of habeas corpus denied.